PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:20CR10098-2 |
| DOCKET NUMBER *(Rec. Court)* | 3:23CR-140-DJH |

| | |
|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | Stephanie Popp<br>Western District of Kentucky |
| DISTRICT | Massachusetts |
| DIVISION | |
| NAME OF SENTENCING JUDGE | William G. Young |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/01/2023 TO 08/31/2025 |

OFFENSE

Conspiracy to Commit Cyberstalking, in violation of 18 U.S.C. § 371
Conspiracy to Tamper with a Witness, in violation of 18 U.S.C. § 371

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ________ DISTRICT OF Massachusetts

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Kentucky upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Nov. 30, 2023
*Date*

William G. Young
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Kentucky

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 1, 2023
*Effective Date*

David J. Hale, Judge
United States District Court
*United States District Judge*